UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **BRIAN THRASHER** : | CASE NO.: |
| 60 Burr NE : | |
| Rome, GA 30165 : | JUDGE: |
| : | |
| and : | **COMPLAINT WITH JURY DEMAND** |
| : | |
| **JAMIE THRASHER** : | |
| 60 Burr NE : | |
| Rome, GA 30165 : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| **HENRY STUTZMAN** : | |
| 11511 Walnut Shade Rd. : | |
| Hillsboro, OH 45133 : | |
| : | |
| and : | |
| : | |
| **DELIA STUTZMAN** : | |
| 11511 Walnut Shade Rd. : | |
| Hillsboro, OH 45133 : | |
| : | |
| Defendants. : | |

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiffs Brian Thrasher and Jamie Thrasher are residents and citizens of the State of Kentucky.

2. Defendants Henry Stutzman and Delia Stutzman are residents and citizens of the state of Ohio.

3. This Court has personal jurisdiction over Defendants Henry Stutzman and Delia Stutzman because the tortious events giving rise to this cause of action took place in Highland County, Ohio.

4. The Court has subject matter jurisdiction over this claim under 28 U.S.C. § 1332.

5. The amount in controversy exceeds $75,000.

6. This Court is a proper venue for the claims in this Complaint in accordance with 28 U.S.C. § 1332(b)(2).

## BACKGROUND

7. On November 8, 2023, Plaintiff Brian Thrasher was an invitee at 11511 Walnut Shade Road ("the premises") in Highland County, Ohio.

8. Plaintiff Brian Thrasher had arrived at the premises to deliver a shipment of lumber.

9. Plaintiff Brian Thrasher parked his truck on a concrete driveway near the barn.

10. Unbeknownst to Plaintiff Brian Thrasher, the concrete driveway had an edge with a drop off.

11. Under the edge of the concrete driveway was a pile of debris, including cinder blocks, that was not visible.

12. At that time, Plaintiff Brian Thrasher moved around the side of his truck to remove the tarp covering his trailer.

13. As Plaintiff Brian Thrasher stepped to the side of his trailer, he fell from the concrete driveway edge into the pile of debris, causing significant and permanent injuries to his person.

14. The dangerous condition of the premises was not visible to Plaintiff Brian Thrasher.

15. The dangerous condition of the premises caused Plaintiff Brian Thrasher to sustain severe bodily injuries.

16. Plaintiff Jamie Thrasher has lost the companionship and spousal consortium of her husband due to his injury.

## CLAIM I – NEGLIGENCE

17. Plaintiffs restate and reallege Paragraphs 1 through 16 of this Complaint as if fully restated herein.

18. Defendants had a duty to maintain the premises so as to ensure that it was not in a state of disrepair and dangerous.

19. Defendants did not take reasonable precautions to keep their premises safe.

20. Defendants breached their duty by failing to maintain the premises so it would not be in a state of disrepair and dangerous.

21. Defendants acted with reckless disregard for the safety of invitees, including Plaintiff Brian Thrasher.

22. As a direct and proximate result of the breach of Defendants' duty to maintain the premises, Plaintiffs have sustained damages.

23. As a result of Defendants' reckless disregard, Plaintiffs are entitled to recover punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Brian Thrasher and Jamie Thrasher request the following relief:

A. Judgment against Defendants in such amounts as will fairly and adequately compensate the Plaintiffs for their damages as alleged herein;

B. Compensatory damages in an amount exceeding $75,000, plus interest and costs;

C. Expenses;

D. Attorney's fees;

E. Trial by jury;

F. All further relief, monetary or equitable, to which Plaintiffs may be entitled.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury.

Respectfully submitted,

*/s/ Louis C. Schneider, Esq.*
Louis C. Schneider, Esq. (0076588)
Alexander K. Ernst (0098046)
Thomas Law Offices, PLLC
250 East Fifth St., Suite 440
Cincinnati, OH 45202
Phone: (513) 360-6480
Fax:    (502) 495-3943
lou.schneider@thomaslawoffices.com
alex.ernst@thomaslawoffices.com
*Attorneys for Plaintiffs*

# EXHIBIT

# PHOTOGRAPHS OF ACCIDENT SCENE

